**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARK SCANLAN and MAUREEN
SCANLAN,

      Plaintiffs,

v.                                                     Case No. 10-12297

FIRST HORIZON NATIONAL
CORPORATION, INC., et al.,

      Defendants.
                                       /

**ORDER FOR CORPORATE DISCLOSURE PURSUANT TO
EASTERN DISTRICT OF MICHIGAN LOCAL RULE 83.4**

The court cannot determine the possible corporate affiliations and financial interests of the Defendant Wachovia Mortgage FSB from the record as it now exists. Accordingly,

IT IS ORDERED that Wachovia Mortgage FSB file a corporate disclosure statement pursuant to Eastern District of Michigan Local Rule 83.4 by **4:00 p.m. on Friday, July 16, 2010.**

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 14, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 14, 2010, by electronic and/or ordinary mail.

                                                  s/Lisa G. Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522