AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 10-12297
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   First Horizon National Corporation

Date of Service:                      July 12, 2010

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

XXX Other (specify):
Certified Mail/Return Receipt to: FIRST HORIZON NATIONAL CORPORATION RA: Clyde A. Billin
        RA: Clyde A. Billings Jr.        165 Madison Ave.
                                         Memphis, TN  38103

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:                    Brandy A. Moore

Signature of Server:               Brandy A. Moore

Date:                              July 15, 2010

Server's Address:

Nitzkin & Associates
22142 W. Nine Mile Rd. ,, Southfield, MI 48033

Approved, SCAO

PROBATE JDC CODE: POM

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>USDCEM JUDICIAL CIRCUIT<br>COUNTY PROBATE | PROOF OF MAILING | CASE NO.<br>2:10-cv-12297-BAF-PJK |
|---|---|---|

Court address                                                              Court telephone no.

| Plaintiff(s)<br>MARK SCANLAN<br>c/o Nitzkin & Associates<br>Southfield, MI 48033 | v | Defendant(s)<br>FIRST HORIZON NATIONAL CORPORATION<br>RA: Clyde A. Billings, Jr.<br>165 Madison Ave.<br>Memphis, TN 38103 |
|---|---|---|

☐ Juvenile   In the matter of _____
☐ Probate    In the matter of _____

On the date below I sent by ~~first-class~~ Certified mail a copy of the SUMMONS & COMPLAINT to:

FIRST HORIZON NATIONAL CORPORATION

by Certified Mail on 6/11/2010 & signed for on 7/12/2010

to: Names and addresses

FIRST HORIZON NATIONAL CORPORATION
RA: Clyde A. Billings, Jr.
165 Madison Ave.
Memphis, TN 38103

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

First Horizon National Corporation
RA: Clyde A. Billings, Jr.
165 Madison Ave.
Memphis, TN 38103

7009 2250 0002 7035 1830

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _A. Johnson_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name): A. Johnson
C. Date of Delivery: 7/12/10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ■ Certified Mail    ☐ Express Mail
   ☐ Registered       ■ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

I declare that the statements above are true to the best of my information, knowledge, and belief.

7/15/2010
Date

Signature: Brandy A. Moore
Name (type or print): Brandy A. Moore

MC 302 (4/89)  **PROOF OF MAILING**                                      MCR 2.107(C)(3), (D)

19145