UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK SCANLAN and MAUREEN SCANLAN,

        Plaintiffs,

v.

FIRST HORIZON NATIONAL CORPORATION, a Tennessee corporation, GMAC MORTGAGE, LLC, a Delaware corporation, WACHOVIA MORTGAE FSB, a North Carolina corporation, EQUIFAX, INC., a Georgia corporation, and TRANS UNION, LLC, a Delaware limited liability company, jointly and severally,

        Defendants.

Case No. 2:10-cv-12297-JF-PJK

Hon. John Feikens

_____/

| | |
|---|---|
| Gary D. Nitzkin (P41155) | Eric D. Scheible (P54174) |
| NITZKIN & ASSOCIATES | Jonathan D. Ordower (P58015) |
| Attorneys for Plaintiffs | FRASCO CAPONIGRO |
| 22142 West Nine Mile Road | WINEMAN & SCHEIBLE, PLLC |
| Southfield, MI 48034 | Attorneys for Plaintiff |
| (248) 353-2882 / (248) 353-4840 FAX | 1668 Telegraph Road, Suite 200 |
| gnitzkin@creditor-law.com | Bloomfield Hills, MI 48302 |
| | (248) 334-6767 / (248) 334-0999 (FAX) |
| | ch@frascap.com |

_____/

## STIPULATED ORDER SETTING ASIDE DEFAULT

At a session of said Court
held in the City of Detroit
County of Wayne, Michigan

On **7/28/2010**

Present:  **John Feikens**
                Hon. John Feikens

     Based upon the stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Default entered against Defendant GMAC Mortgage, LLC is hereby set aside.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant GMAC Mortgage, LLC shall file responsive pleadings within twenty (20) days of entry of this Order.

**IT IS SO ORDERED.**

**s/John Feikens**
John Feikens
United States District Judge

Dated: July 28, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 28, 2010.

s/Carol Cohron
Deputy Clerk


SO STIPULATED:

| | |
|---|---|
| Dated: July 27, 2010 | s/ Gary D. Nitzkin |
| | Gary D. Nitzkin (P41155) |
| | Attorney for Plaintiff |
| Dated: July 27, 2010 | s/ Jonathan D. Ordower |
| | Jonathan D. Ordower (P58015) |
| | Attorney for Defendant |